LOUIS J. BADEN, ET AL, TRUSTEES UNDER WILL OF JOHN BADEN,
DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed November 28, 1922.*

INHERITANCE TAX—*when refund will be made.* Under the facts proven
and admitted by the State claimant is entitled to a refund of inheritance
tax paid under Section Twenty-five (25) Inheritance Tax Law.

Edward J. Brundage, Attorney General, for State.

This is a claim for refund of inheritance tax, by Louis J. Baden,
and Charles F. Loerch, trustees under the last will and testament of
John Baden, deceased; and payment of the amount of $413.68, with
interest thereon at the rate of 3% per annum from June 19th, 1914, is
consented to in his reply by the Attorney General.

Under the will, the entire residue of the estate was placed in trust,
claimants being named as trustees until decedent's youngest child should
attain the age of twenty-one years, who became of age April 2d, 1917.

April 28th, 1914, an inheritance tax was assessed in said estate of
$63,544.60 against 2/3 of the residue of the trust property subject to
such contingencies as might arise under section 25 of the Inheritance
Tax Law.

When the said youngest child reached his majority, the property
became by law, divisable to all the legatees, and it is ascertained that
the share of no one of the said children would equal $20,000.00.

It is therefore manifest that no inheritance tax is due in said es-
tate. The evidence introduced sustains the declaration, and an award
is hereby made to claimants in the sum of $413.68, with interest thereon
at the rate of 3% per annum, from June 19th, 1914.